IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | | |
|---|---|---|
| PHILLIP A. BEDWELL, II | * | |
| Plaintiff, | * | |
| v. | * | 3:10-CV-442-TMH |
| | | (WO) |
| NURSE DUBOSE, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER**

On April 5, 2011, the Magistrate Judge issued a Recommendation (Doc. 43) to which no timely objections were made. Upon an independent review of the record and upon consideration of the Recommendation of the Magistrate Judge, it is the ORDER, JUDGMENT and DECREE that:

1. The Recommendation (Doc. 43) is ADOPTED;

2. Plaintiff's complaint is DISMISSED without prejudice for lack of jurisdiction.

DONE this 25th day of May, 2011.

/s/ Truman M. Hobbs
_____
SENIOR UNITED STATES DISTRICT JUDGE