IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

PHILLIP A. BEDWELL, II                 *

    Plaintiff,                            *

        v.                                 *      3:10-CV-442-TMH
                                                           (WO)
NURSE DUBOSE, *et al.*,                *

    Defendants.                           *

_____

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the court, it is ORDERED and ADJUDGED that this case is DISMISSED without prejudice.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and close this file.

Done this  25th    day of  May, 2011.

                                                /s/ Truman  M. Hobbs
                                                SENIOR UNITED STATES DISTRICT JUDGE